# United States District Court

NORTHERN **DISTRICT OF** CALIFORNIA

UNITED STATES OF AMERICA

v.

Brayan Eduardo OSEIDA

(Name and Address of Defendant)

CASE NUMBER

**CRIMINAL COMPLAINT**

10-70422 -HRL

I, the undersigned complainant, being duly sworn state that the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than May 28, 2009, in Santa Clara County, in the Northern District of California defendant(s) did, (Track Statutory Language of Offense)

unlawfully re-enter and was found in the United States after deportation, without the permission of the Attorney General,

in violation of Title 8 United States Code, Section(s) 1326
I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

See attached affidavit of Special Agent Dwayne Sanchez

PENALTIES: up to 20 years imprisonment, $250,000 fine, 3 year TSR, $100 SAF

REQUESTED PROCESS: Arrest Warrant

REQUESTED BAIL: No Bail (government will request detention)

APPROVED AS TO FORM:

_/s/ AUSA Brad Price_
ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

5/24/10 at San Jose, California
Date                              City and State

HOWARD R. LLOYD
United States Magistrate Judge
Name & Title of Judicial Officer          Signature of Judicial Officer

RE: OSEIDA, Brayan Eduardo                                                            A88 115 091

I am a Special Agent of the United States Department of Homeland Security, Immigration and Customs Enforcement and have been employed with Immigration and Customs Enforcement since March 1, 2003. Previously, I was a Special Agent with the Immigration and Naturalization Service, where I was employed since May 15, 1995. I am currently assigned to the Smuggling (Human and Drug)/Gang Unit of the Assistant Special Agent in Charge (ASAC) San Jose Office. In that capacity, I have reviewed the official file relating to the above named individual, which attests to the following:

(1) Brayan Eduardo OSEIDA claims to be a 20-year-old male; he has used at least ten (10) aliases and one (1) date of birth in the past.

(2) OSEIDA, has been assigned one (1) Alien Registration Number of A88 115 091, a FBI Number of 155704KC3, a California Criminal Information Index (CII) Number of CA26772358.

(3) OSEIDA is a native of Guatemala and a citizen of Guatemala. A check through Service records shows that he was arrested and deported from the United States on at least one (1) occasion:

| DATE | PLACE OF DEPORTATION/REMOVAL |
|---|---|
| January 26, 2009 | Chandler, Arizona |

(4) OSEIDA last entered the United States at an unknown place, on an unknown date on or after January 26, 2009, by crossing the international border without inspection subsequent to deportation/removal.

(5) On June 20, 2008, OSEIDA was convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of ROBBERY: SECOND DEGREE, a Felony, in violation of Section 212.5(c) of the California Penal Code. This offense is an aggravated felony as defined in Section 101(a)(43)(G) of the INA. On that date, he was also convicted of POSSESSING BURGLARY TOOLS, in violation of Section 466 of the California Penal Code.

(6) On November 15, 2009, OSEIDA was convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of EXHIBIT DEADLY WEAPON: NOT A FIREARM, in violation of Section 417(a)(1) of the California Penal Code, as well as of PROVIDING FALSE IDENTIFICATION TO PEACE OFFICER, in violation of Section 148.9 of the California Penal Code.

(7) On a date unknown but no later than May 28, 2009, in Santa Clara County in the Northern District of California, OSEIDA was found to be unlawfully present in the United States after prior arrest and deportation, without the permission of the Attorney

RE: OSEIDA, Brayan Eduardo                                                          A88 115 091

       General or the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326.

(8)    Fingerprints from OSEIDA's arrest/booking sheet were compared to fingerprints taken from his previously executed Warrant of Deportation/Removal (I-205) and the fingerprints were found to have been made by one and the same person.

(9)    There is no record in the official file of the United States Department of Homeland Security that OSEIDA ever applied to the Attorney General or the Secretary of Homeland Security to reenter the United States after deportation.

(10)   On the basis of the above information, there is probable cause to believe that OSEIDA illegally re-entered the United States in violation of Title 8, United States Code, Section 1326.

 

_____
DWAYNE M. SANCHEZ
Special Agent
U.S. Department of Homeland Security
Immigration and Customs Enforcement

Subscribed and sworn to before me this

24 day of May, 2010

_____
HOWARD R. LLOYD
United States Magistrate Judge