1  Daniel L. Barton, Esq., (SBN: 135806)
2   Nolan, Armstrong
3  & Barton, LLP
4  600 University Ave. \ Palo Alto, Ca. 94301
   Tel.  (650) 326-2980  Fax (650) 326-9704
5
6  Attorney for Defendant
   Brayan E. Oseida



IT IS SO ORDERED AS MODIFIED
*James Ware*
Judge James Ware
12/3/2010

7              UNITED STATES DISTRICT COURT
8              NORTHERN DISTRICT OF CALIFORNIA
9              SAN JOSE DIVISION
10

11 | UNITED STATES OF AMERICA,         | No. CR 10-00435 JW
12 |        Plaintiff,                 | STIPULATION AND [PROPOSED]
13 |    v.                             | ORDER CONTINUING STATUS
14 |                                   | CONFERENCE AND EXCLUDING TIME
   |                                   | FROM DECEMBER 6, 2010 TO
15 | BRAYAN EDUARDO OSEIDA,            | JANUARY 10, 2011 FROM SPEEDY
   |                                   | TRIAL CALCULATIONS
16 |        Defendant.                 | (18 U.S.C. § 3161(H)(7)(A))
17

18

19     The United States of America, by and through Melinda Haag, United States
20 Attorney for the Northern District of California, and Bradley D. Price, Special Assistant
21 United States Attorney for said district, and the defendant, Brayan Oseida, through his
22 attorney Daniel L. Barton, hereby stipulate and agree that the status hearing presently set
23 for December 6, 2010 may be continued to January 10, 2011.
24     The parties further stipulate that the time between December 6, 2010 and January
25 10, 2011 is excluded under the Speedy Trial Act (18 U.S.C. § 3161) and agree that the
26 failure to grant the requested continuance would unreasonably deny defense counsel
27 reasonable time necessary for effective preparation, taking into account the exercise of
28 due diligence.

---
- 1 -
**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; CASE NO. CR 10-00435 JW**

1   Finally, the parties agree that the ends of justice served by granting the requested
2   continuance outweigh the best interests of the public and the defendant in a speedy trial
3   and in the prompt disposition of cases. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).
4   This stipulation is entered into for the following reasons:
5   1.   The granting of this continuance will facilitate further discussions that may
6   result in a negotiated disposition of the charges.
7   2.   Defense counsel needs additional time to research and investigate issues
8   that affect a negotiated disposition of the charges.
9   For the foregoing reasons, it is respectfully requested that the status hearing be
10  continued to January 10, 2011 at 1:30 p.m. and the time between December 6, 2010 and
11  January 10, 2011 be excluded under the Speedy Trial Act.

NOLAN, ARMSTRONG & BARTON, LLP

Dated: December 2, 2010

_____
Daniel L. Barton for
Defendant Brayan E. Oseida

MELINDA HAAG
United States Attorney
Northern District of California

Dated: December 2, 2010

By: /s/ _____
Bradley D. Price
Special Assistant United States Attorney

//
//
//
//
//
//
//

- 2 -
STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; CASE NO. CR 10-00435 JW

## ORDER

For the reasons stated in the parties' Stipulation to Continue Status Conference, and for good cause shown, the Court vacates the December 6, 2010 status conference date with respect to defendant Brayan Oseida and sets a new status conference date of **December 20, 2010** at 1:30 p.m.

The time between December 6, 2010 and **December 20, 2010** is excluded under the Speedy Trial Act on the grounds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: December 3, 2010

_____
James Ware
United States District Judge